◈GAM 35 (Rev. 2/06)

**Report and Order Terminating Supervised Release Prior to Original Expiration Date**

FILED '25 04 21 PM03:08 MDGA-ALB

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 5:16-CR-00032-006 (LAG) |
| **JEREMY MULLIS** | |

Jeremy Mullis has substantially complied with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. According, it is recommended Mullis' term of supervised release be terminated early.

Respectfully submitted,

Amanda G. Reed
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 21st day of April, 2025.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE